IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PRADO, | No. C 07-4281 MJJ (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| ADAMS, Warden, | |
| Respondent. | |

Petitioner filed a pro se petition for a writ of habeas corpus on August 20, 2007. That same day, the court notified petitioner he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis ("ifp"). A copy of the court's form ifp application was provided to petitioner with the notice, along with a postage paid return envelope and instructions for completing the ifp application, including the filing of a completed certificate of funds form and the requisite trust account statement. Petitioner was informed that if he did not either pay the fee or file the completed ifp application within thirty days the case would be dismissed. Petitioner has not responded to the deficiency notice. As petitioner has neither paid the filing fee nor filed a completed ifp application, this case is hereby DISMISSED without prejudice.

The clerk shall close the file.

IT IS SO ORDERED.

DATED:  09/26/07

_____
MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\HC.07\prado.dfp.wpd